**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARCUS ALLEN HOMES, INC.,
      Plaintiff,

vs.

                                              CASE NO. 3:23-CV-00400-BJD-PDB

MID-CONTINENT CASUALTY
COMPANY,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties, Marcus Allen Homes, Inc. and Mid-Contient Casualty Company (collectively, the "Parties"), hereby submit this Joint Notice of Settlement to advise the Court that a settlement has been reached in this matter between the Parties. The Parties will shortly submit the appropriate papers for the dismissal of this action, with prejudice, with each party to bear its own costs and fees once the settlement documents are finalized and executed.

Respectfully submitted,

| **HINSHAW & CULBERTSON LLP** | **BACHARA CONSTRUCTION LAW GROUP, P.A.** |
|---|---|
| */s/ Pedro E. Hernandez* | */s/ Henry G. Bachara, Jr.* |
| **PEDRO E. HERNANDEZ** | **HENRY G. BACHARA, JR.** |
| Florida Bar No. 30365 | Florida Bar No. 653853 |
| phernandez@hinshawlaw.com | cbachara@bacharagroup.com |
| **DANIEL C. SHATZ** | **AVERY DELL SANDER** |
| Florida Bar No. 94696 | Florida Bar No. 92022 |
| dshatz@hinshawlaw.com | asander@bacharagroup.com |
| **DANIEL B. ROBINSON** | One Independent Drive, Suite 1800 |
| Florida Bar No. 1038921 | Jacksonville, FL 32202 |
| drobinson@hinshawlaw.com | Telephone: 904-562-1060 |
| 2525 Ponce de Leon Blvd., 4th Floor | *Attorneys for Marcus Allen Homes, Inc.* |
| Coral Gables, FL 33134 | |
| Telephone: 305-358-7747 | |
| *Attorneys for Mid-Continent Casualty Company* | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

HINSHAW & CULBERTSON LLP

*/s/ Pedro E. Hernandez*
**PEDRO E. HERNANDEZ**
Florida Bar No. 30365
phernandez@hinshawlaw.com
**DANIEL C. SHATZ**
Florida Bar No. 94696
dshatz@hinshawlaw.com
**DANIEL B. ROBINSON**
Florida Bar No. 1038921
drobinson@hinshawlaw.com
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
*Attorneys for Mid-Continent Casualty Company*

315413449.v1